No. 93–6200. TRELLEZ v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 93–6206. DE LOS SANTOS FERRER v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 93–6207. GRIM v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 93–6211. NAUGLE v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 93–6218. TURNER v. MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 93–6226. SCHOKA v. SHERIFF, WASHOE COUNTY, NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 93–6227. WARD v. PETERS ET AL. C. A. 7th Cir. Certiorari denied.

No. 93–6233. WINFIELD v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 93–6234. BOROS v. BAXLEY ET AL. Sup. Ct. Ala. Certiorari denied.

No. 93–6235. ELLIOTT, AKA YBARRA v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 93–6237. JOHNSON, AKA VAN DER JAGT v. SOUTH MAIN BANK. Sup. Ct. Tex. Certiorari denied.

No. 93–6238. GOSSETT v. WALKER, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 93–6241. GOFF v. DAILEY, DEPUTY SUPERINTENDENT, CORRECTIONAL TREATMENT UNIT AT CLARINDA, ET AL. C. A. 8th Cir. Certiorari denied.

No. 93–6242. JAAKKOLA v. STATE INDUSTRIAL INSURANCE SYSTEM. Sup. Ct. Nev. Certiorari denied.